UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

YEHUDAH LEIB WECHSLER,

          Plaintiff,          06 Civ. 7196 (RWS)

  -against-                MEMORANDUM OPINION
                             AND ORDER
ORTHODOX UNION,

          Defendant.

------------------------------------X

**Sweet, D.J.**

        Plaintiff Yehudah Leib Wechsler ("Plaintiff" or "Wechsler") has filed, on December 10, 2007, a "Motion of Pleading to Examine Defendant's Prior Written Statement to Court were False and Defendants Are All Perjurers." The motion seeks unspecified injunctive and declaratory relief based on the alleged failure of defendant Orthodox Union ("Defendant") to timely supply letters of certification to the restaurant at which Plaintiff serves as a kosher kitchen supervisor, or Mashgiash.

        In order to obtain a preliminary injunction, a party must demonstrate

    (1) that he or she will suffer irreparable harm absent injunctive relief, and (2) either (a) that he or she is

1

likely to succeed on the merits, or (b) that there are sufficiently serious questions going to the merits to make them a fair ground for litigation, and that the balance of hardships tips decidedly in favor of the moving party.

Moore v. Consol. Edison Co. of N.Y., Inc., 409 F.3d 506, 510 (2d Cir. 2005) (internal quotation marks and citation omitted).

Here, Plaintiff has failed to submit evidence or authorities demonstrating that he would suffer irreparable harm, establishing a likelihood of success on the merits, or showing any particular hardship necessitating immediate action by the Court.

Plaintiff's motion is denied.

It is so ordered.

**New York, NY**
**February / , 2008**

ROBERT W. SWEET
U.S.D.J.

2